**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Reid Lininger,   Case No. 3:16CV2853

    Plaintiff

    v.   **JUDGMENT ENTRY**

St. Marys City School District
Board of Education, *et al.*,

    Defendant

In accordance with the order filed contemporaneously with this judgment entry, it is hereby ORDERED THAT: defendant Paul Douglas Frye's motion for summary judgment (Doc. 42) and defendants St. Marys City School District Board of Education, Shawn Brown, and James Hollman's motion for summary judgment (Doc. 45) be, and the same hereby are, granted.

So ordered.

                                                      /s/ James G. Carr
                                                      Sr. U.S. District Judge